IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTA ANDERSON                                                                 PLAINTIFF

v.                              No. 4:16-cv-310-DPM

LISLE RUTLEDGE PA                                                               DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2016